UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Cincinnati Holding Company, LLC,

    Plaintiff,

        v.                               Case No. 1:17cv105

Fireman's Fund Insurance Company,       Judge Michael R. Barrett

    Defendant.

## CALENDAR ORDER

Pursuant to the filing of the Rule 26(f) Report by the parties and the scheduling conference conducted May 17, 2017, this case shall proceed as follows:

1. Telephone Status Conference[1]: **July 13, 2017 at 1:30 pm**

2. Deadline to file motion for leave to amend the complaint: **June 17, 2017**

3. Deadline for motions relative to the pleadings: **July 14, 2017**

4. Deadline for disclosure of expert witnesses and submission of expert reports[2]:
   Plaintiff disclosure and report of experts: **September 1, 2017**
   Defendant disclosure and report of experts: **October 2, 2017**
   Disclosure and report of rebuttal experts: **November 1, 2017**
   Disclosure of non-expert (fact) witnesses: **July 1, 2017**

5. Discovery to be completed by[3]:
   Fact: **September 1, 2017**
   Expert: **December 1, 2017**

6. Telephone Status Conference[4]: **September 6, 2017 at 1:00 pm**

7. Dispositive motion deadline[5]: **December 15, 2017**
8. Settlement Conference[6]: **January 31, 2018 at 1:00 pm, Room 239**

---

[1]Parties shall refer to the entry on 4/6/2017, Notice of Telephone Conference for conferencing instructions.

[2]Disclosure of Experts, Expert reports, and non-expert (fact) witnesses are not required to be filed with the Court.

[3]Counsel shall not presume that a pending motion stays their obligation to complete discovery by this date.

[4]Parties shall refer to the entry of 4/6/2017, Notice of Telephone Conference for conferencing instructions.

[5]Counsel shall familiarize themselves with the Court's Standing Orders and S.D. Ohio Civ. R. The Court will not read beyond 20 pages unless leave has been previously sought and granted. This Court requires courtesy copies of all substantive motions be delivered to chambers upon filing.

9. Joint Final Pretrial Order/Jury Instructions: **Submitted to the Court one week prior to the final pretrial conference**

10. Final pretrial conference: **May 25, 2018 at 2:30 pm, Room 239**

11. Jury Trial: **July, 2018, Courtroom 109**

**IT IS SO ORDERED.**

                                          *s/Michael R. Barrett*
                                        Michael R. Barrett
                                        United States District Judge

---

[6] Special Instructions regarding settlement: 1. All parties must bring their client or a representative with full settlement authority. Failure to follow this requirement will result in sanctions; 2. Each counsel must prepare and submit via hand delivery to the Court or via the chamber's email address at: barrett_chambers@ohsd.uscourts.gov a letter no longer than five pages one week prior to the conference a synopsis of the case and the status of any settlement negotiations to date. These letters **NEED NOT** be filed with the Clerk's Office nor exchanged with opposing counsel.